```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X8
                                   :
UNITED STATES OF AMERICA           :
                                   :
        - v. -                     :    UNSEALING ORDER
                                   :
DAWNTIANA WHITE,                   :    S1 21 Cr. 453 (KPF)
                                   :
               Defendant.          :
                                   :
- - - - - - - - - - - - - - - - - X
```

Upon the application of the United States of America, by and through Assistant United States Attorney Juliana N. Murray;

It is found that the docket in the above-captioned action, S1 21 Cr. 453 (KPF), is currently sealed and the United States Attorney's Office has applied to have that docket unsealed, it is therefore

ORDERED that the docket in the above-captioned action be unsealed effective immediately and remain unsealed pending further order of the Court.

SO ORDERED.

Dated:    March 18, 2022
          New York, New York

                                   _____
                                   HONORABLE KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE