UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>DAWNTIANA WHITE,<br><br>Defendant. | 21 Cr. 453 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

Pursuant to a letter the Court received from Ms. White's counsel on March 1, 2023, the Warden of FDC Philadelphia is hereby ordered to arrange for a phone call between Ms. White and her counsel, Mr. Sam Schmidt on or before March 19, 2023.

The Government is directed to serve a copy of this Order on the appropriate parties at FDC Philadelphia.

SO ORDERED.

Dated:   March 1, 2023
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge